# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brisbois, Leo I. | District Court-Minnesota | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

515 W. First St.
Room 412
Duluth, MN 55802

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | National Conference of Federal Trial Judges, Judicial Division, American Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | YMCA of Duluth; employee wages |
| 2. | 2018 | Core Pilates by Sue, LLC; self-employed fitness instructor |
| 3. | 2018 | Viverant; employee wages |
| 4. | 2018 | Runa Yoga; employee wages |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | August, 2018 | Chicago, IL | Attend NCFTJ Exec. Committee 2018 Annual Mtg. | Partial lodging and travel |
| 2. | Defense Adv. Com. on the Invest., Prosecu. and Defense of Sexual Assault/Armed Forces | January, 2018 | Washington, DC | Attend Defense Advisory Committee Meetings | Travel, Lodging, Per Diem |
| 3. | Defense Adv. Com. on the Invest., Prosec. and Defense of Sexual Assault/ Armed Forces | April, 2018 | Washington, DC | Attend Defense Advisory Committee Meetings (DAC-IPAD) | Travel, Lodging, Per Diem |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Brisbois, Leo I.** | 05/08/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Defense Adv. Com. on the Invest., Prosec. and Defense of Sexual Assault/ Armed Forces | July, 2018 | Washington,DC | Attend Defense Advisory Committee Meetings (DAC-IPAD) | Travel, Lodging, Per Diem |
| 5. | Defense Adv. Com. on the Invest., Prosec. and Defense of Sexual Assault/ Armed Forces | October, 2018 | Washington, DC | Attend Defense Advisory Committee Meetings (DAC-IPAD) | Travel, Lodging, Per Diem |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brisbois, Leo I.** | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo | A | Interest | K | T | | | | | |
| 2. TruStone Financial | A | Interest | M | T | | | | | |
| 3. US Analyst Strategy | A | Int./Div. | K | T | | | | | |
| 4. WT Mid Cap Opps | A | Int./Div. | K | T | | | | | |
| 5. Vang Inst Index Plus | A | Int./Div. | K | T | | | | | |
| 6. Main Stay Balanced Fund (Class 1) | A | Int./Div. | K | T | | | | | |
| 7. Fid Freedom K2030 | A | Int./Div. | M | T | | | | | |
| 8. Fid Freedom K2035 | A | Int./Div. | J | T | | | | | |
| 9. The Growth Fund of America-A | A | Int./Div. | J | T | | | | | |
| 10. The Investment Company of America-A | A | Int./Div. | J | T | | | | | |
| 11. Capital World Growth and Income Fund-A | A | Int./Div. | J | T | | | | | |
| 12. Invesco Charter Fund-B | | None | J | T | | | | | |
| 13. Invesco Mid Cap Core Equity Fund-B | A | Int./Div. | J | T | | | | | |
| 14. Invesco Charter Fund-A | A | Int./Div. | J | T | Distributed (part) | 07/23/18 | J | | Account Holder |
| 15. Invesco American Franchise Fund-A | A | Int./Div. | J | T | Distributed (part) | 07/23/18 | J | | Account Holder |
| 16. Invesco American Franchise Fund-B | A | Int./Div. | J | T | | | | | |
| 17. Invesco Global Growth Fund-A | A | Int./Div. | J | T | Distributed (part) | 07/23/18 | J | | Account Holder |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Invesco Global Growth Fund-B | None | | J | T | | | | | |
| 19. Invesco Mid Cap Core Equity Fund-A | A | Int./Div. | J | T | Distributed (part) | 07/23/18 | J | | Account Holder |
| 20. Voya Retirement Conservative (A) - 1729 | D | Int./Div. | M | T | | | | | |
| 21. Schwab S&P 500 Index FD | A | Int./Div. | J | T | Distributed (part) | 01/15/18 | J | | Acount Holder |
| 22. Fundamental Investors SM(F-1) (American Funds)-7109 | A | Int./Div. | K | T | | | | | |
| 23. Voya Russell TM Large Cap Value Index Portfolio (S)-2711 | A | Int./Div. | K | T | | | | | |
| 24. Fidelity Advisor New Insights Fund (T)-2170 | A | Int./Div. | K | T | | | | | |
| 25. VY Baron Growth Portfolio - Advisor Class-442 | A | Int./Div. | J | T | | | | | |
| 26. VY JP Morgan Mid-Cap Value Portfolio (A)-441 | A | Int./Div. | J | T | | | | | |
| 27. Voya Russell TM Small Cap Index Portfolio (A)-1502 | A | Int./Div. | J | T | | | | | |
| 28. EuroPacific Growth Fund (F-1)(American Funds)-2035 | A | Int./Div. | J | T | | | | | |
| 29. VY Templeton Foreign Equity Portfolio (A)-1587 | A | Int./Div. | J | T | | | | | |
| 30. Voya Intermediate Bond Portfolio (A)-8479 | A | Int./Div. | K | T | | | | | |
| 31. Loomis Sayles Strategic Income Fund Class A-1938 | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 12 - Invesco Charter Fund - B, converted into Invesco Charter Fund - A line 14.

Line 14 - Distribution due to withdrawal for college tuition.

Line 15 - Distribution due to withdrawal for college tuition.

Line 17 - Distribution due to withdrawal for college tuition.

Line 18 - Invesco Global Growth Fund - B, converted into Invesco Global Growth Fund - A, line 17.

Line 19 - Distribution due to withdrawal for college tuition.

Line 21 - Distribution due to withdrawal for college tuition.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo I. Brisbois**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544